**Case No. 7,385.**

JOHNSON v. GLOVER et al.

RIGGS et al. v. BARRON.

[2 Cranch, C. C. 678.][1]

Circuit Court, District of Columbia.    May Term, 1826.

Mr. Morfit, for defendant,

Mr. Redin and Mr. R. P. Dunlop, for plaintiff,

Mr. Jones, for defendant,

[1] [Reported by Hon. William Cranch, Chief Judge.]

THE COURT, therefore (THRUSTON, Circuit Judge, absent), said: That where an execution has been issued within the year and day, and shall have been returned by the marshal, it is not necessary to renew the execution, from year to year, to keep alive the judgment, but the plaintiff may have a new execution at any time without a scire facias. But where an execution is ordered to be made out and lie in the clerk's office, and shall not have been delivered to the marshal, and returned, the order for the renewal of the execution must be made within the year and day after the last order for renewal; or the judgment must be revived by scire facias.